UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA )<br>)<br>v. )<br>)<br>THOMAS VIGLIATURA, )<br>)<br>Defendant. )<br>) | Criminal No.<br>05-40033-FDS |

## ORDER OF SUMMARY CRIMINAL CONTEMPT

**SAYLOR, J.**

This is a summary criminal contempt proceeding pursuant to Fed. R. Crim. P. 42(b). According to Rule 42(b), the Court "may summarily punish a person who commits criminal contempt in its presence if the judge saw or heard the contemptuous conduct and so certifies."

On June 4, 2007, the government applied for an order pursuant to 18 U.S.C. §§ 6002, 6003, requiring defendant Thomas Vigliatura to testify in the trial of co-defendant Heriberto Arroyo. The Court granted the application the same day. On June 6, 2007, during the trial, defendant informed the Court that he would not answer questions put to him if called as a witness. *See* Transcript of hearing held on June 6, 2007, attached as Exhibit A. Defendant stated to the Court that he had safety concerns about the possible repercussions from his testifying, and that he was worried about harassment of his family. The Court informed defendant that he would be found in contempt if he refused to testify, and afforded him time until the next day to reconsider his refusal.

On June 7, 2007, defendant returned and informed the Court that he would not testify. *See* Transcript of hearing held on June 7, 2007, attached as Exhibit B. Accordingly, the Court

held defendant in civil contempt and announced its intention to hold him in summary criminal contempt. The Court set the matter for a show cause hearing on June 18, 2007. After a hearing, the Court ordered the parties to file briefs on July 9 and set a further hearing date. On July 26, 2007, after consideration of the filings made by the parties, the Court found defendant in criminal contempt.

The Court therefore finds, pursuant to Fed. R. Crim. P. 42(b), that defendant Thomas Vigliatura has committed criminal contempt for his refusal to testify at the trial of co-defendant Heriberto Arroyo on or about June 7, 2007. This Order shall be filed with the clerk pursuant to Fed. R. Crim. P. 42(b).

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: July 27, 2007